UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.:  8:11-cv-396-T-33TBM

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

WESTFIELD, LLC, a Delaware limited liability company, d/b/a CITRUS PARK TOWN CENTER, and CITRUS PARK VENTURE LIMITED PARTNERSHIP, a Florida limited liability company,

    Defendants.
_____/

### NOTICE OF SETTLEMENT

Plaintiff, KENDRICK E. DULDULAO and Defendants, WESTFIELD, LLC, d/b/a CITRUS PARK TOWN CENTER, and CITRUS PARK VENTURE LIMITED PARTNERSHIP, by and through their undersigned respective counsel, hereby notify the Court that settlement has been reached in the above styled case.  The Settlement Agreement is being drafted and will be circulated for signatures.  A Stipulation of Dismissal With Prejudice will be filed with the Court shortly hereafter.

Respectfully submitted,

| | |
|---|---|
| By: s/ B. Bradley Weitz_____ | By: s/ Brian C. Blair_____ |
| B. Bradley Weitz, Esq. | Brian C. Blair, Esq. |
| Florida Bar No. 479365 | Florida Bar No. 0973084 |
| THE WEITZ LAW FIRM, P.A. | BAKER & HOSTETLER, LLP |
| Attorney for Plaintiff | SunTrust Center, Suite 2300 |
| Bank of America Building | 200 South Orange Avenue |
| 18305 Biscayne Blvd., Suite 214 | Post Office Box 112 |
| Aventura, Florida 33160 | Orlando, Florida 32802-0112 |
| Telephone:  (305) 949-7777 | Telephone:  (407) 649-4000 |
| Facsimile:  (305) 704-3877 | Facsimile:  (407) 841-0168 |
| Email:  bbw@weitzfirm.com | Email: bblair@bakerlaw.com |
| | Attorney for Defendants |

1

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

CASE NO.:  8:11-cv-396-T-33TBM

KENDRICK E. DULDULAO,

    Plaintiff,

vs.

WESTFIELD, LLC, a Delaware limited liability company,
d/b/a CITRUS PARK TOWN CENTER, and CITRUS
PARK VENTURE LIMITED PARTNERSHIP, a Florida
limited liability company,

    Defendants.
_____/

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 17, 2011, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record, corporations, or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or via U.S. mail for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: s/ B. Bradley Weitz, Esq.
    B. Bradley Weitz, Esq.
    Florida Bar No. 479365
    THE WEITZ LAW FIRM, P.A.
    Attorney for Plaintiff
    Bank of America Building
    18305 Biscayne Blvd., Suite 214
    Aventura, Florida 33160
    Telephone:  (305) 949-7777
    Facsimile:   (305) 704-3877
    Email: bbw@weitzfirm.com

## SERVICE LIST

Kendrick E. Duldulao v. Westfield, LLC, a Delaware limited liability company,
d/b/a Citrus Park Town Center, and Citrus Park Venture Limited Partnership,
a Florida limited liability company,
CASE NO.:  8:11-cv-396-T-33TBM
United States District Court, Middle District Of Florida
Tampa Division

**Brian C. Blair, Esq.**
**BAKER & HOSTETLER, LLP**
200 S. Orange Avenue, Suite 2300
Orlando, Florida 32801-3432
Telephone: 407-649-4050
Facsimile:  407-841-0168
Email: bblair@bakerlaw.com
Attorney for Defendants
**ELECTRONIC NOTICE**